# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **JAMES R. BARTA, A&A DRUG, INC., and SAV-RX, LLC,**        **Plaintiffs,**  v.  **CANARX SERVICES, INC.,**        **Defendant.** | **8:05CV35**  **ORDER** |

This matter is before the Court on Plaintiffs' Motion for Extension of Time for Service of Summons (Filing No. 4). After reviewing the Motion and being fully advised in the premises, the Court finds good cause exists for an extension of time pursuant to Fed. R. Civ. P. 4(m) and that 60 additional days is an "appropriate period" within the meaning of that rule. Accordingly,

    **IT IS ORDERED** that the Motion is granted.

    **IT IS FURTHER ORDERED** that Plaintiffs shall have until and including **July 27, 2005** to effect service of the Summons on Defendant.

    **DATED May 5, 2005.**

                              BY THE COURT:

                              s/ F.A. Gossett
                              **United States Magistrate Judge**