# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JAMES R. BARTA, A&A DRUG, INC.<br>and SAV-RX, LLC, | ) | |
| | ) | |
| | ) | |
| Plaintiffs, | ) | 8:05CV35 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| CANARX SERVICES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the Motion for Stay Pending Appeal of Magistrate Judge's Order ("Motion for Stay") (Filing No.25) filed by Plaintiffs seeking a stay pending appeal of the Order (Filing No. 22) granting Defendant's Motion for Leave to File Third-Party Complaint (Filing No. 18). Having reviewed the Motion, I find it should be granted. Accordingly,

**IT IS ORDERED:**

1.   The Motion for Stay (Filing No. 25) is hereby GRANTED;

2.   The effect of the Order (Filing No. 22) granting the Motion for Leave to File Third-Party Complaint (Filing No. 18) is hereby STAYED pending a ruling on Plaintiffs' Statement of Appeal (Filing No. 23).

**DATED October 27, 2005.**

**BY THE COURT:**

**s/ F.A. Gossett**
**United States Magistrate Judge**